STATE OF NEW JERSEY v. PETER BONNO.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL DORKO.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN AZZOLLINI.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH P. MCPARTLAND.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD PATILLO.

July 8, 1988.

Petition for certification denied.